FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  2015 OCT 29  PM 4:07
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:15-cr-451-T-23 EAJ

18 U.S.C. § 1001(a)(2)

ROBERT JOSEPH QUINN

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (False Statements to a Federal Law Enforcement Officer)

On or about April 17, 2014, in Hillsborough County, in the Middle District of Florida,

ROBERT JOSEPH QUINN,

the defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the defendant falsely stated and represented to a Special Agent of the Federal Bureau of Investigation, during the course of its investigation into conspiracy to obstruct justice and obstruction of justice that:

(1) the defendant did not know whether an individual, S.M., had ever received money from the family of a federal inmate incarcerated at Coleman Federal Correctional Complex (Coleman FCC); and

(2) the defendant did not know that investigators had seized money from S.M.'s bank account and safe deposit box;



when in truth and in fact, as the defendant then and there well knew, the defendant had first-hand knowledge that S.M. had been paid over $223,000 in cash by a family member of a federal inmate incarcerated at Coleman FCC and the defendant had first-hand knowledge that investigators had seized funds from S.M.'s safe deposit box and bank account in February 2014.

In violation of Title 18, United States Code, Section 1001(a)(2).

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
Josephine W. Thomas
Assistant United States Attorney

By: *[signature]*
Simon A. Gaugush
Assistant United States Attorney
Chief, Major Crimes Section

By: *[signature]*
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Criminal Division (South)