UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

RECEIVED
U.S. MARSHAL
15 NOV 20 PM 3:50
MIDDLE DIST. OF FLORIDA
TAMPA

UNITED STATES OF AMERICA

v.   CASE NO. 8:15-cr-00451-T-23JSS

ROBERT JOSEPH QUINN

_____/

## ORDER OF PERSONAL RECOGNIZANCE RELEASE

It is hereby **ORDERED**:

1. The United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following attached conditions of release.

2. The conditions of release are hereby established as set forth below.

**DONE AND ORDERED** in Tampa, Florida on November 20, 2015.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining the written permission of the United States District Court for the Middle District of Florida, Tampa Division.

3. The defendant must not change his present address without first advising, in writing, the United States Pretrial Services for the Middle District of Florida, Tampa Division.

4. The defendant shall not commit a federal, state or local crime during the period of his release. The defendant shall inform the Pretrial Services Agency **immediately** if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS OF DEFENDANT'S RELEASE**:

   - The defendant shall report to the United States Pretrial Services Agency as directed by the Agency.

   - The defendant shall surrender his passport to the Pretrial Services Agency prior to release and shall not attempt to obtain any new travel documents during the pendency of the case.

   - The defendant shall surrender his .22 Bolt Action Rifle and refrain from possessing all firearms, destructive devices and other dangerous weapons.

   - The defendant may travel to the Northern District of Georgia to visit his family during November 2015. He shall notify the United States Pretrial Services Agency of the dates of his travel and the specific address of his residence within the Northern District of Georgia prior to any travel to that District.

   - The defendant may travel to the Northern and Southern Districts of Florida for employment search purposes. He shall notify the United States Pretrial Services Agency of the dates of his travel and the specific address of his residence within those Districts prior to any travel.

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release.
Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with –

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (a-c), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

8. Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of

imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

## ACKNOWLEDGMENT BY DEFENDANT

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release or admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this 20th day of Nov. 2015.



_____  _____
WITNESS                          DEFENDANT

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: (813) 301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: (813) 228-2146.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: (813) 274-6000; and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, Florida 33602.

5. The telephone number and address of the United States Pretrial Services Agency, Tampa Division, are: 301 Federal Building, 500 Zack Street, Tampa, Florida 33602; and (813) 225-7648 (or 1 (800) 676-0125).

6. NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Julie S. Sneed, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order** at

least **three (3)** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.