UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA　　　　　　CASE NUMBER:　8:15-cr-451-T-23JSS

-v-

ROBERT JOSEPH QUINN,

    Defendant

_____/

## MOTION TO TERMINATE
## PERIOD OF SUPERVISION

    COMES NOW the Defendant, ROBERT JOSEPH QUINN, by and through the undersigned attorney, pursuant to the Federal Rules of Criminal Procedure and established authority, and respectfully requests this Honorable Court to enter an order terminating the Defendant's period of supervision, and as grounds thereof alleges as follows:

1.    On May 11, 2016, the Defendant was sentenced to thirty-six (36) months of probation. The Defendant reported to probation and immediately began serving his term of supervision.

2.    The Defendant has been fully rehabilitated, has maintained legitimate employment and most important of all, the Defendant has been a law abiding and honorable citizen throughout the course of supervision. He has been a model probationer in every sense of the term which has even been recognized by the government.

3.    The prosecution's interests have been vindicated as the Defendant has completed all terms and conditions of his ordered supervision and it serves no useful purpose for the Defendant to remain on probation.

4. The government previously objected to the Defendant's first motion for early termination but has since reconsidered its position. Recently the government initiated this process by indicating that this motion was now appropriate.

5. The government, by and through Assistant United States Attorney Simon Gaugush, has indicated that there is no objection to the granting of this motion. The defense contacted Probation Officer, Traveis Guy, and he has advised that he continues to have no objection to the granting of this motion.

WHEREFORE the Defendant, ROBERT JOSEPH QUINN, requests this Honorable Court to enter an appropriate order in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic delivery to the Office of the United States Attorney, this 16th day of September, 2017.

Respectfully Submitted

_____
RALPH E. FERNANDEZ, ESQUIRE
LAW OFFICE OF RALPH E. FERNANDEZ
109 South Moody Avenue
Tampa, Florida 33609
Telephone: (813) 251-5991
Florida Bar No: 246425
Attorney for Defendant